IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DRIVE CONSTRUCTION, INC.,<br><br>Defendant. | Case No. 1:19-cv-02965<br><br>Hon. Charles R. Norgle |

## ORDER

Defendant's motion to compel witnesses to appear for deposition [93] is granted, except that the witnesses, Cesar Sanchez, Jose Torrez, and Victor Hugo, shall have 21 days to appear for their depositions.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 10, 2021