## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                                    Plaintiff,

v.                                             Case No.:
                                                   1:19−cv−02965
                                                   Honorable Jeffrey I
                                                   Cummings

Drive Construction, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 30, 2023:

      MINUTE entry before the Honorable Jeffrey I Cummings: Settlement conference held on 11/29/23. Plaintiffs, defendant Accurate Construction LLC, and defendant Drive Construction reached a settlement agreement to resolve this matter on the terms stated on the record. Accordingly, third−party defendant Central Midwest Builders' motion to modify subpoena [293], plaintiffs' motion to supplement [299], and plaintiffs' motion to compel [303] are denied without prejudice as moot. The parties shall file a joint status report on their efforts to memorialize the settlement agreement in writing by 2/28/24. Status hearing set for 4/5/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.