# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Trustees of the Chicago Regional Council of Carpenters Pension Fund et al,

Plaintiff(s),

v.

Drive Construction, Inc. et al.,

Defendant(s).

Case No. 19cv2965
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $       ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court has granted plaintiffs' motion to enforce the settlement agreement and the one condition precedent to the implementation of the parties' settlement (namely, the completion of the expedited audit) has been satisfied. Accordingly, the Court dismisses this lawsuit with all parties to bear their own costs.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Cummings.

Date: 5/13/2025

Thomas G. Bruton, Clerk of Court

C. Chambers , Deputy Clerk